JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORIGINAL BEAUTY TECHNOLOGY CO., LTD., LINHOPE INTERNATIONAL LTD., HOUSE OF CB USA, LLC, AND SIRENS DESIGN, LLC, <br><br> Plaintiff, <br><br> v. <br><br> OH POLLY USA, INC., OH POLLY LTD., THE BRANNERSON COMPANY HOLDINGS LTD., CLAIRE LORRAINE HENDERSON AND MICHAEL JOHN BRANNEY, <br><br> Defendants. | Case No.  2:22-cv-00686-JLS-JC <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** |

The Court has reviewed the parties' Stipulation of Dismissal (the "Stipulation") (Doc. 69), wherein they stipulated, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the dismissal of this action with prejudice, together with any and all claims and affirmative defenses.  In light of the Stipulation, the Court DISMISSES WITH PREJUDICE this action.  Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  February 7, 2023

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE